IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 MAY 29 AM 10:08

JOHN M. STEVENSON,
      Plaintiff,

-vs-                                          Case No. A-09-CA-083-SS

HOUSING AUTHORITY OF THE CITY OF
AUSTIN, et al.,
      Defendants.

## AMENDED ORDER OF DISMISSAL[1]

BE IT REMEMBERED on this day the Court entered its order dismissing the Plaintiff's claims against all defendants, and, thereafter, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff John M. Stevenson's claims against Defendants the Housing Authority of the City of Austin, Sylvia Blanco, Debbie Del Rio, Ms. Dosson, Richard Lopez, the City of Austin, and Animal Control of the City of Austin[2] are DISMISSED WITHOUT PREJUDICE. All costs of suit are taxed against the Plaintiff, for which let execution issue.

SIGNED this the 29th day of May 2009.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

---

[1] The original Order of Dismissal mistakenly referred to the Plaintiff as "Kevin Matherly" rather than the correct plaintiff, John M. Stevenson. That mistake has been correct, and in all other respects the amended order is identical to the original.

[2] Animal Control of the City of Austin was previously dismissed from this suit in the Court's Order of April 24, 2009.